# UNITED STATES BANKRUPTCY
# NORTHEN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:   Case No. 17-02619 | ) |
| | ) |
| TANISHA PASS, | ) |
| | ) |
| Debtor, | ) |
| | ) BK No. 17-02619 |
| THE ILLINOIS DEPARTMENT OF | ) |
| EMPLOYMENT SECURITY, | ) |
| | ) Adv. Pro. No. 17-00264 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Judge Jack B. Schmetterer |
| | ) |
| TANISHA PASS, | ) |
| | ) |
| Defendant. | ) |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

This matter coming on to be heard on the Motion for Default Judgment on the Verified Complaint herein and after such hearing the court makes the following finds of fact and conclusions of law.

## FINDINGS OF FACT

1. The defendant, TANISHA PASS, was employed by National Tax Serach, for the weeks ending January 22, 2011 through June 25, 2011, and July 9, 2011 through August 27, 2011.

2. The defendant earned wages for said period as set forth in the Notice of Fraud Decision.

3. During the same period of time the defendant applied for and received unemployment benefits totaling $11,550.00.

4. During the same period of time the defendant made the representation she was not employed in her application for unemployment benefits.

5. The defendant did not report her employment or her earnings during these periods.

6. As of June 16, 2017, the sum of $12,941.15 is due.

## CONCLUSIONS OF LAW

1. Through her false representations, the defendant received a total of $11,550.00 in unemployment benefits to which she was not entitled.

2. As of June 16, 2017, the defendant is indebted to plaintiff in the sum of $12,941.15.

3. Pursuant to 11 U.S.C. §523(a)(2)(A) of the Bankruptcy Code, said debt is not dischargeable as it is a debt for obtaining money by false representations.

4. Defendant's debt to plaintiff is excepted, under 11 U.S.C. §523(a)(2)(A), from any discharge granted the defendant in the underlying bankruptcy case.

Enter: [signature]

Dated: 6/27/17

JUN 27 2017

-2-